Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:05-cr-00185-JCM-LRL |
| Plaintiff, | **First Stipulation to Continue Revocation Hearing** |
| v. | |
| Joseph Nocedal, | |
| Defendant. | |

The parties jointly request that this Court vacate the September 18, 2020, hearing on the petition to revoke supervised release and continue it for at least 30 days. The additional time is to allow the parties to determine if a resolution can be reached and to avoid a scheduling conflict for defense counsel. Nocedal is not in custody and agrees to the continuance.

DATED: September 15, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____ | */s/ Shaheen Torgoley*<br>By_____ |
| Erin Gettel<br>Assistant Federal Public Defender | Shaheen Torgoley<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:05-cr-00185-JCM-LRL |
| Plaintiff, | **Order Granting First Stipulation to Continue Revocation Hearing** |
| v. | |
| Joseph Nocedal, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 18, 2020, at 10:00 a.m. is vacated and continued to  October 30, 2020  at 10:30 a.m.

DATED: September 16, 2020.

James C. Mahan
United States District Judge

2