UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case Nos. 2:05-cr-00185-JCM-LRL |
| --- | --- |
| Plaintiff, | |
| v. | WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING |
| JOSEPH NOCEDAL, | |
| Defendant. | |

I understand that I have a right to appear in person in court at the Revocation of Supervised Release proceeding in this case scheduled for December 2, 2020. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

_/s/ Erin Gettel for Joseph Nocedal /s/ 11/30/20

_____
Defendant's Signature          (date)

*Erin Gettel*                    11/30/20
_____
Signature of Defendant's Attorney   (date)

_____Erin Gettel_____
Printed Name of Defendant's Attorney

[Judge's Signature] 12/2/2020
Judge's Signature   (date)

James C. Mahan, USDJ
Judge's Printed Name and Title