Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Joseph Nocedal,<br><br>  Defendant. | Case No. 2:05-cr-00185-JCM-LRL<br><br>**First Stipulation to Continue Revocation Hearing** |

The parties request that this Court vacate the April 9, 2021, revocation hearing and continue it for at least 45 days.  The parties have filed stipulations to transfer this case and case no. 2:05-cr-00084-JCM-LRL to Judge Gordon in order to enter a global resolution in case no. 2:21-cr-00089-APG-NJK.

DATED: April 5, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender<br><br>  */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | Christopher Chiou<br>Acting United States Attorney<br><br>  */s/ Shaheen Torgoley*<br>By_____<br>Shaheen Torgoley<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:05-cr-00185-JCM-LRL |
| Plaintiff, | **Order Granting First Stipulation to Continue Revocation Hearing** |
| v. | |
| Joseph Nocedal, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 9, 2021, at 11:00 a.m. is vacated and continued to __June 11, 2021__ at __11:00 a.m__

DATED: April 7, 2021.

_James C. Mahan_
James C. Mahan
United States District Judge

2